United States Court of Appeals
Fifth Circuit

**F I L E D**

March 4, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-11056
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

WARREN DOUGLASS COBLE, JR

Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Northern District of Texas, Amarillo
2:04-CR-25-ALL-J
---------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.[*]

PER CURIAM:

IT IS ORDERED that the joint motion of the parties to vacate the appellant's sentencing is granted.

IT IS FURTHER ORDERED that the joint motion of the parties to remand the case to the U.S. District Court for the Northern District of Texas, Amarillo Division for resentencing is granted.

_____

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.